**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ELLEN D. O., | ) | NO. CV 20-4694-E |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that Defendant's motion for summary judgment is granted and judgment is entered in favor of Defendant.

DATED: January 19, 2021.

                                            /s/
                                    CHARLES F. EICK
                          UNITED STATES MAGISTRATE JUDGE